UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FLOYD HANTZ,

      Plaintiff,

v

FLAGSTAR BANCORP, INC.,

      Defendant.

Case No. 17-cv-00123-PLM
Hon. Paul L. Maloney
Mag. Ray Kent

---

| | |
|---|---|
| LEMBERG LAW, LLC<br>By:  Sergei Lemberg<br>Attorneys for Plaintiff<br>43 Danbury Road<br>Wilton, CT  06897<br>(203) 653-2250<br>slemberg@lemberglaw.com | VIVIANO, PAGANO & HOWLETT PLLC<br>By:  Joseph E. Viviano (P60378)<br>      Joseph C. Pagano (P57107)<br>Attorneys for Defendant<br>48 S. Main Street, Suite 2<br>Mt. Clemens, Michigan  48043<br>(586) 469-1580<br>jpagano@vivianolaw.com |

---

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

      Pursuant to E. D. Mich. LR 83.4, Flagstar Bank, FSB makes the following disclosure:
*(NOTE: A negative report, if appropriate, is required)*

1.       Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

      Yes **X**  No __

      If the answer is yes, list below the identity of the parent corporation of affiliate and the relationship between it and the named party.

      Flagstar Bank, FSB, a federally chartered savings bank, is wholly owned by Flagstar Bancorp Inc., a publicly traded entity incorporated and validly existing under the laws of the State of Michigan.  MP Thrift Investments L.P. is the holder of 10% or more of the stock of Flagstar Bancorp Inc., and is therefore an indirect holder of an equity interest of 10% or more in Flagstar Bank, FSB.

2.       Is there a publicly owned corporation of its affiliate not a party to the case that has a substantial financial interest in the outcome of the litigation?

      Yes __  No **X**

Date:  March 31, 2017                                       /s/Joseph C. Pagano
                                                            P57107
                                                            Viviano, Pagano & Howlett PLLC
                                                            48 S. Main Street, Suite 2
                                                            Mount Clemens, MI  48043
                                                            (586) 469-1580
                                                            jpagano@vivianolaw.com