IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLOYD HANTZ, | : |
| Plaintiff, | : Civil Action No.: 1:17-cv-00123 |
| v. | : |
| FLAGSTAR BANK, FSB, | : |
| Defendant. | : |
| _____ | : |

## STIPULATED ORDER OF DISMISSAL

The Court, having been advised that Plaintiff, Floyd Hantz, and Defendant, Flagstar Bank, FSB, through their respective counsel, stipulate to the above-caption action being dismissed, on the merits, with prejudice and without costs or fees to either party. The Court will retain jurisdiction to enforce the terms of the settlement agreement and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AGREED** that the above-captioned action be dismissed, on the merits, with prejudice and without costs or fees to either party.

Dated: September 22, 2017

/s/ Paul L. Maloney
_____
Honorable Paul L. Maloney
U.S. District Court Judge

The undersigned stipulate to entry of the foregoing Order:

Dated: 9/21/2017                                       Dated: 9/21/2017

*/s/Sergei Lemberg*                                    */s/Joseph C. Pagano*
Sergei Lemberg, Esq.                                   Joseph C. Pagano, Esq.
LEMBERG LAW, LLC                                       Viviano, Pagano & Howlett PLLC
43 Danbury Road, 3rd Floor                             48 South Main Street, Suite 2
Wilton, CT  06897                                      Mt. Clemens, MI 48043
(203) 653-2250                                         (586) 469-1580
slemberg@lemberglaw.com                                jpagano@vivianolaw.com
*Attorney for Plaintiff*                               *Attorneys for Defendant*